966 A.2d 550

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Kerry McNEIL, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 20, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of February, 2009, the Petition for Allowance of Appeal is hereby **DENIED.** The Motion to Supplement Allocatur Petition is **DENIED.**